1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

UNITED STATES OF AMERICA,                )      Case №: 1:20-CR-00238-4-JLT
                                         )
9

Plaintiff,                               )      **O R D E R**
                                         )      **APPOINTING COUNSEL**
10

vs.                                      )
MARLON PALMER,                           )
11                                       )
Defendant.                               )
12                                       )
                                         )
13

14      The above named Defendant has, under oath, sworn or affirmed as to his financial

15 inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16 obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17 justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18      IT IS HEREBY ORDERED that Alekxia L. Torres be appointed to represent the above

19 defendant in this case effective *nunc pro tunc* to October 6, 2022, in place of panel attorney,

20 Roger Wilson.

21

22      This appointment shall remain in effect until further order of this court.

23

DATED: 10/12/2022

24

25

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
26                                              United States Magistrate Judge

27

28

-1-