**LAW OFFICE OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
MARLON PALMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MARLON PALMER,<br><br>  Defendant | Case No.: 1:20-cr-00238-JLT-SKO USA<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, MARLON PALMER, hereby waives his appearance in person in open court upon the status conference set for Wednesday, December 7, 2022, of the above entitle court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, ALEKXIA TORRES STALLINGS. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 11/15/22                                                   */s/Marlon Palmer*
                                                                              MARLON PALMER


Date: 11/15/22                                                   */s/Alekxia Torres Stallings*
                                                                              ALEKXIA TORRES STALLINGS,
                                                                              Attorney for Defendant

Summary of Pleading - 1

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant Marlon Palmer is hereby excused from appearing at this court hearing scheduled for Wednesday, December 7, 2022.

IT IS SO ORDERED.

Dated:   **November 15, 2022**           /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE