**LAW OFFICE OF ALEKXIA TORRES STALLINGS**
Alexxia Torres Stallings SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
**MARLON PALMER**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:20-cr-00238-JLT-SKO |
| Plaintiff, | |
| v. | <u>STIPULATION AND ORDER TO</u> <u>CONTINUE THE SENTENCING HEARING</u> |
| **MARLON PALMER**, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON STEPHANIE STOCKMAN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MARLON PALMER, by and through his attorney of record, Alexxia Torres Stallings hereby requesting that the sentencing hearing currently set for Monday, August 28, 2023, be continued to Monday, September 11, 2023. To allow defense counsel time to submit a statement in mitigation on behalf of Mr. Palmer. After speaking with AUSA Stockman, we have agreed to a joint continuance.

1

2

**IT IS SO STIPULATED.**

3                                                           Respectfully Submitted,

4

DATED: August 22, 2023                    */s/ Alekxia Torres Stallings*
5                                                           ALEKXIA TORRES STALLINGS
                                                          Attorney for Defendant
6                                                           Marlon Palmer

7

8   DATED: August 22, 2023                    */s/ Stephanie Stockman*
                                                          STEPHANIE STOCKMAN
9                                                           Assistant U.S. Attorney

10

11

12                              **ORDER**

13

     IT IS SO ORDER that the sentencing currently set for Monday, August 28, 2023, be
14
continued to Monday, September 11, 2023.
15

16

17   IT IS SO ORDERED.

18     Dated:   **August 24, 2023**

19                                                           UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

2