1 **LAW OFFICES OF ALEKXIA TORRES STALLINGS**
2 Alekxia Torres Stallings, SBN 296418
  1318 K Street
3 Bakersfield, CA 93301
  (661) 326-0857
4 (661) 326-0915 (fax)
5 Email: lextorres@lawtorres.com

6

7 Attorney for **MARLON PALMER**

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            No. 1:20-cr-00238-JLT-SKO-4

              Plaintiff,

12                                      **MOTION TO TERMINATE CJA
                                        APPOINTMENT OF ALEKXIA TORRES
13      v.                              STALLINGS AS ATTORNEY OF RECORD
                                        AND [P~~ROPOSE~~D ORDER]**
14 **MARLON PALMER**,

              Defendant.
15

16

17

18       On December 18, 2020, Marlon Palmer was indicted on federal charges. Alekxia Torres

19 Stallings was appointed as counsel to represent Mr. Palmer on 1:20-cr-00238-JLT-SKO-4 in his

20 criminal case. Mr. Palmer was sentenced on September 11, 2023. The time for filing a direct

21 appeal was October 4, 2023. No direct appeal was filed. Mr. Palmer was in custody at

22 sentencing. Having completed her representation of Mr. Palmer, Alekxia Torres Stallings now

23 moves to terminate her appointment under the Criminal Justice Act.

24

25 /

26 //

27 ///

28

1  Should Mr. Palmer require further legal assistance he has been advised to contact the
2  Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,
3  Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-
4  free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

6  Dated: October 6, 2023  Respectfully submitted,

8  /s/*Alekxia Torres Stallings*
   Alekxia Torres Stallings
9  Attorney for Marlon Palmer

**[ORDER**

Having reviewed the notice and found that attorney Alekxia Torres Stallings has completed the services for which she was appointed, the Court hereby grants attorney Alekxia Torres Stallings request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Marlon Palmer at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Marlon Palmer
USMS #18326-509
GEO SECURE SERVICES
CENTRAL VALLEY ANNEX
254 TAYLOR AVE
MCFARLAND, CA 93250

**IT IS SO ORDERED**

Dated: October 10, 2023

UNITED STATES DISTRICT JUDGE